**JUDGE BENJAMIN H. SETTLE**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 10-5115BHS |
| Plaintiff, | |
| vs. | **ORDER GRANTING DEFENDANT'S MOTION TO SEAL** |
| JERRY RICHARDSON, | |
| Defendant. | |

THIS MATTER comes before the court on Defendant Jerry Richardson's Motion to Seal Sentencing Memorandum. The court having considered the reason for the motion finds that the need to maintain this information in a private manner outweighs the public's right to access. Therefore it is hereby

ORDERED that Defendant Jerry Richardson's Motion to Seal Sentencing Memorandum is GRANTED.

DATED this 11th day of February 2014.

BENJAMIN H. SETTLE
United States District Judge

Presented by:

/S/ Paula T. Olson

PAULA T. OLSON, WSBA#11584
Attorney for Defendant Richardson

Defendant's Motion to Seal

LAW OFFICE OF PAULA T. OLSON
524 Tacoma Ave So
Tacoma, WA 98402
(253)627-1747
(253) 627-1757